# UNITED STATES DISTRICT COURT
для the
Eastern District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 23-mj-12 |
| Enrique Morales-Rodelo | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 10, 2023 in the parish of Jefferson in the Eastern District of Louisiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a)(1) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Bryan Huesman
*Complainant's signature*

Bryan Huesman, ICE/ERO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 15, 2023

*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Janis van Meerveld, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 23-mj-12 |
| v. | * | SECTION: MAG |
| ENRIQUE MORALES-RODELO | * | |
| | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Bryan Huesman, being duly sworn, state as follows:

1. I am a Deportation Officer (DO) with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Office of Enforcement and Removal Operations (ERO), assigned to the New Orleans Field Office in New Orleans, LA. I have been employed with (ICE) since February 2009.

2. My duties as a DO with ICE include enforcement functions relating to the investigation, identification, arrest, prosecution, detention and deportation of aliens, and the apprehension of absconders from removal proceedings. I am currently assigned to the Homeland Security Investigations Gang Task Force, which holds me responsible for identifying illegal transnational gang members, locating, processing, and removing these aliens.

3. This affidavit is submitted in support of a criminal complaint charging Enrique MORALES-RODELO with violating Title 8 U.S.C. § 1326 (a)(1), reentry of a removed alien.

4. As described herein, MORALES-RODELO is an alien assigned Alien Registration Number 208 549 677, who has three previous immigration removals. MORALES-RODELO was removed from the United States on March 20, 2017; December 3, 2017; and July 4, 2019.

5. On January 10, 2023, the Immigration and Customs Enforcement (ICE) Pacific Enforcement Response Center (PERC) placed a detainer on MORALES-RODELO after his arrest

in Jefferson Parish Louisiana. On February 3, 2023, the Jefferson Parish Sheriff's Office Advised that MORALES-RODELO had completed his time in custody. On February 3, 2023, officers arrived and conducted an immigration interview. MORALES-RODELO freely admitted to being an illegal alien from Mexico. Officers placed MORALES-RODELO under arrest, and he was transported the New Orleans, LA Field Office for Processing.

6. MORALES-RODELO has numerous criminal arrests. MORALES-RODELO was arrested on December 16, 2013, by the Jefferson Parish Sheriff's Office in Louisiana for possession of marijuana and drug paraphernalia. On June 13, 2016, pled guilty to both charges and was sentenced to six months incarceration and six months' probation. On September 10, 2014, MORALES-RODELO was arrested by the Jefferson Parish Sheriff's Office for simple robbery and simple battery. MORALES-RODELO plead guilty to both charges and was sentenced two years at hard labor and one-year active probation. On October 2, 2015, MORALES-RODELO was arrested by the Jefferson Parish Sheriff's Office for Driving while intoxicated and traffic charges, unknown dispo. On June 27, 2016, MORALES-RODELO was arrested in Orleans Parish, LA for domestic abuse, unknown dispo. On January 9, 2023, MORALES-RODELO was arrested by the Jefferson Parish Sheriff's Office for two counts of simple burglary, charges still pending.

7. I, DO Bryan Huesman, conducted electronic database queries through law enforcement computer indices on MORALES-RODELO. I also interviewed MORALES-RODELO who freely admitted to being illegally present in the U.S. from Mexico. According to your Affiant's review of U.S. Immigration records, there is no record of MORALES-RODELO ever having received express permission to re-enter the United States from the Attorney General or the Secretary of the Department of Homeland Security.

8. Based on the above-described facts, your Affiant believes that Probable Cause exists that the defendant, MORALES-RODELO is an illegal alien from Mexico who reentered the

United States without permission Your Affiant also prays that the Court will issue an arrest warrant for MORALES-RODELO for said violation.

/s/ Bryan Huesman
Bryan Huesman
Deportation Officer
Immigration and Customs Enforcement
Enforcement and Removal Operations

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed to and sworn before me,
this  15th  day of February, 2023.
New Orleans, Louisiana.

HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

3